FILED

NOV 20 2019

Clerk, U.S. District and
Bankruptcy Courts

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

WILMINGTON SAVINGS FUND )
SOCIETY, FSB, *et al.*, )
)
Plaintiffs, )
)
v. )   Civil Action No. 19-3106 (UNA)
)
BARBARA K. PARMENTER, *et al.*, )
)
Defendants. )

## MEMORANDUM OPINION

Barbara K. Parmenter, who has been named a defendant in a civil action in the Lane County (Oregon) Circuit Court, seeks removal of the action to the United States District Court for the District of Columbia. It appears that the Lane County action pertains to the foreclosure of real property in Springfield, Oregon.

Generally, a "civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a). The District of Columbia is not "the district . . . embracing the place" where the Lane County, Oregon matter proceeds. Removal of this action, therefore, is not proper. *See Galea v. Law Offices of Cary Alan Cliff, P.A.*, 771 F. App'x 11 (D.C. Cir. 2019).

The Court will grant Parmenter's application to proceed *in forma pauperis* and dismiss the complaint and this civil action without prejudice. An Order is issued separately.

DATE: November  15 , 2019

_____
TANYA S. CHUTKAN
United States District Judge